UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELLY SHIPMAN et al., )
)
    Plaintiffs, )
)
v. ) Case No. CV415-132
)
LIFEWAY CHRISTIAN RESOURCES )
OF THE SOUTHERN BAPTIST )
CONVENTION et al., )
)
    Defendants. )

## ORDER

The Court having reviewed and considered the petition of Carrie L. Christie of the law firm of Rutherford & Christie, 225 Peachtree Street, N.E., Suite 1750, South Tower, Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of defendants Lifeway Christian Resources of the Southern Baptist Convention et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Carrie L. Christie, as counsel of record for defendants Lifeway Christian Resources of the Southern Baptist Convention et al., in this case.

**SO ORDERED** this __18th__ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA