UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELLY SHIPMAN and AUSTIN HOOPER, )
)
    Plaintiffs, )
)
v. ) Case No. CV415-132
)
LIFEWAY CHRISTIAN RESOURCES OF )
THE SOUTHERN BAPTIST CONVENTION )
et al., )
)
    Defendant. )

## ORDER

The Court having reviewed and considered the petition of Robert H. Burke of the law firm of Rutherford & Christie, LLP, 225 Peachtree Street, N.E., Suite 1750 South Toweer, Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of defendants Rachel Bass and Reedy River Baptist Church, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Robert H. Burke, as counsel of record for defendants Rachel Bass and Reedy River Baptist Church, in this case.

**SO ORDERED** this   30th   day of July, 2015.

                                            UNITED STATES MAGISTRATE JUDGE
                                            SOUTHERN DISTRICT OF GEORGIA