IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| KELLY SHIPMAN and <br> AUSTIN HOOPER, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Civil Action File No. <br> 4:15-cv-00132-LGW-GRS |
| v. | ) <br> ) | |
| LIFEWAY CHRISTIAN RESOURCES <br> OF THE SOUTHERN BAPTIST <br> CONVENTION, a Georgia Not-for-Profit <br> Corporation, REEDY RIVER BAPTIST <br> CHURCH, a South Carolina Not-for-Profit <br> Corporation, and RACHEL BASS, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

## STIPULATION OF SETTLEMENT

COME NOW, Plaintiffs, Austin Hooper and Kelly Shipman, and Defendants Lifeway Christian Resources of the Southern Baptist Convention, Reedy River Baptist Church and Rachel Bass, and file this stipulation that the parties have agreed to resolve this case. The parties request that the current deadline for Defendants to Reply to the Plaintiffs Responses to Defendants' Motions for Summary Judgement and the August 1, 2016 hearing be removed.

Respectfully submitted this 23rd day of June, 2016.

| | |
|---|---|
| RUTHERFORD & CHRISTIE LLP | THE LAW FIRM OF PAJCIC & PAJCIC |
| | |
| */s/Carrie L. Christie* | */s/Thomas F. Slater* |
| CARRIE L. CHRISTIE | Thomas F. Slater, Esq. (*signed w/ expressed permission*) |
| Georgia State Bar 125248 (pro hac) | |
| 225 Peachtree Street | Georgia Bar No. 924309 |
| South Tower, Suite 1750 | 1 Independent Drive, Suite 1900 |
| Atlanta, Georgia 30303 | Jacksonville, FL 32202 |
| (404) 522-6888 | (904) 358-8881 |
| Counsel for Reedy Branch/Rachel Bass | Counsel for plaintiffs |

| | |
|---|---|
| DREW ECKL & FARNHAM, LLP | GOODMAN MCGUFFY LINDSEY & JOHNSON, LLP |
| */s/ Jeff Ward* | |
| Jeff Ward (*signed w/ expressed permission*) | */s/James T. Hankins* |
| Georgia State Bar No. 737277 | James T. Hankins, III, Esq. (*signed w/ expressed permission*) |
| 777 Gloucester Street, Suite 305 | Georgia State Bar No. 188771 |
| Brunswick, Georgia 31520 | 3340 Peachtree Road, NE, Suite 2100 |
| (912) 280-9662 | Atlanta, GA   30326-1084 |
| Counsel for Reedy Branch/Rachel Bass | Counsel Lifeway Christian Resources of the Southern Baptist Convention |